UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:11-CR-128 RM |
| | ) | |
| BART STAR BUSH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 4, 2012 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Bart Bush's plea of guilty, and FINDS the defendant guilty of Count 1 the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   September 26, 2012

                    /s/ Robert L. Miller, Jr.
                    Judge
                    United States District Court